**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Cigna Healthcare of Texas, Inc. Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company v. S J Associated Pathologists, PLLC

Appellate case number:    01-20-00025-CV

Trial court case number:    2019-79138

Trial court:    190th District Court of Harris County

Appellants have filed an emergency motion to stay all underlying trial proceedings, including an injunction hearing set for January 17, 2020, pending resolution of appellants' interlocutory appeal from the denial of their motion to compel arbitration. The Court requests that appellee file a response to the motion **by no later than 5 p.m. (central) on January 14, 2020**.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                  Acting individually

Date: ___January 10, 2020____